___

**SO ORDERED,**



**Judge Selene D. Maddox**

**United States Bankruptcy Judge**

The Order of the Court is set forth below. The case docket reflects the date entered.
___

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| **IN RE:** | **CHAPTER 13 CASE NO:** |
| **LEZELL MC KINNLEY JEFFERY** | **22-11396-SDM** |
| xxx-xx-6831 | |

### ORDER RELEASING ORDER DIRECTING EMPLOYER TO WITHHOLD DEDUCTIONS FROM PAY AND DIRECTING PAYMENT TO CHAPTER 13 TRUSTEE

The Court has been advised by the Chapter 13 Trustee that the wage order issued to MILWAUKEE ELECTRIC TOOLS should be released.

IT IS THEREFORE ORDERED, that the employer of the Debtor, identified below, is hereby directed to cease deductions from the Debtor's wages.

**MILWAUKEE ELECTRIC TOOLS**
**ATTN: PAYROLL / GARNISHMENTS**
**13135 WEST LISBON ROAD**
**BROOKFIELD, WI 53005**

IT IS FURTHER ORDERED, that MILWAUKEE ELECTRIC TOOLS, is to remit any funds presently held to the Chapter 13 Trustee.

| **REMITTANCE BY CHECK** | **REMITTANCE BY ELECTRONIC PAYMENT** |
|---|---|
| Locke D. Barkley, Chapter 13 Trustee | TFS EMPLOYER PAY |
| P.O. Box 1859 | www.tfsbillpay.com/employer |
| Memphis, TN 38101 | TFS Bill Pay:  888-800-0294 |

### ##END OF ORDER##

Submitted by:
Locke D. Barkley, Chapter 13 Trustee
6360 I-55 North, Suite 140
Jackson, MS 39211
(601) 355-6661