**SO ORDERED,**

**Judge Selene D. Maddox**

**United States Bankruptcy Judge**

**The Order of the Court is set forth below. The case docket reflects the date entered.**

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

| | |
|---|---|
| **IN THE MATTER OF:** | **CHAPTER 13 CASE NO.:** |
| **LEZELL McKINNLEY JEFFERY** | **22-11396-SDM** |

**AGREED ORDER DENYING MOTION TO DISMISS (DKT. #29)**

THIS MATTER came before the Court on the Motion to Dismiss (Dkt. #29) (the "Motion") filed by Locke D. Barkley, Chapter 13 Trustee (the "Trustee"), and the response thereto filed by the Debtor (Dkt. #31). Upon agreement of the parties,

IT IS ORDERED that:

1. The Motion shall be and is hereby denied.

2. The plan payment shall be amended to a sum sufficient to afford completion of the Confirmed Plan (Dkt. #21).

**##END OF ORDER##**

**AGREED & APPROVED:**

/s/ W. Jeffrey Collier
W. JEFFREY COLLIER – MSB#10645
ATTORNEY FOR TRUSTEE

/s/ Thomas C. Rollins, Jr.
THOMAS C. ROLLINS, JR.
ATTORNEY FOR DEBTOR

Prepared by:
W. Jeffrey Collier, Esq.
Attorney for Trustee
6360 I-55 North, Suite 140
Jackson, MS 39211
(601) 355-6661
ssmith@barkley13.com
MSB No. 10645

United States Bankruptcy Court
Northern District of Mississippi

In re:
Lezell Mc Kinnley Jeffery
Debtor

Case No. 22-11396-SDM
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0537-1 | User: autodocke | Page 1 of 2
Date Rcvd: Sep 02, 2026 | Form ID: pdf0005 | Total Noticed: 20

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 04, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lezell Mc Kinnley Jeffery, 721 N. Davis Ave, Cleveland, MS 38732-2101 |
| 4184716 | + | Advance Cash Service, 15503 Ventura Blvd, Ste 300, Encino, CA 91436-3127 |
| 4184721 | | Investigative Recovery, 9844 Sandalfoot Blvd, Boca Raton, FL 33428-6696 |
| 4184722 | + | LaQuita Jeffery, 920 Brown Ave, Cleveland, MS 38732-3504 |
| 4184724 | | MS Title Loan, 4555 I-55 Frontage, Jackson, MS 39206 |
| 4184726 | | Receivable Management, PO Box 280431, East Hartford, CT 06128-0431 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 4184718 | | Email/Text: g17768@att.com | Sep 03 2026 00:36:00 | AT&T, PO Box 5087, Carol Stream, IL 60197-5087 |
| 4210084 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Sep 03 2026 00:43:39 | Aidvantage on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 4184717 | + | Email/Text: bsimmons@amsher.com | Sep 03 2026 00:36:00 | Amsher Collection Svcs, 4524 Southlake Pkwy, Ste 15, Birmingham, AL 35244-3271 |
| 4187763 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 03 2026 00:43:36 | Bolivar Medical Center, Resurgent Capital Services, PO Box 1927, Greenville, SC 29602-1927 |
| 4187490 | | Email/Text: ebnnotifications@creditacceptance.com | Sep 03 2026 00:36:00 | CREDIT ACCEPTANCE, 25505 W 12 MILE RD, SOUTHFIELD , MI 48034 |
| 4184719 | + | Email/Text: ebnnotifications@creditacceptance.com | Sep 03 2026 00:36:00 | Credit Acceptance, Po Box 5070, Southfield, MI 48086-5070 |
| 4184720 | | Email/Text: credit7@entergy.com | Sep 03 2026 00:36:00 | Entergy Mississippi, P.O. Box 8105, Baton Rouge, LA 70891-8105 |
| 4206038 | + | Email/Text: bankruptcycourt@towerloan.com | Sep 03 2026 00:36:00 | Gulfco of Mississippi, LLC, P.O. Box 320001, Flowood, MS 39232-0001 |
| 4184723 | + | Email/Text: bankruptcy@mdes.ms.gov | Sep 03 2026 00:36:00 | MDES, Benefit Payment Contro, P.O. Box 22730, Jackson, MS 39225-2730 |
| 4189496 | + | Email/Text: bankruptcy@mdes.ms.gov | Sep 03 2026 00:36:00 | MS Department of Employment Security, P.O. Box 1699, Jackson, MS 39215-1699 |
| 4184725 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Sep 03 2026 00:43:42 | Navient Solutions Inc, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 4188879 | | Email/PDF: ebn_ais@aisinfo.com | Sep 03 2026 00:43:37 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, PO Box 248848, Oklahoma City, OK 73124-8848 |
| 4184727 | | Email/Text: bankruptcycourt@towerloan.com | Sep 03 2026 00:36:00 | Tower Loan, Pob 320001, Flowood, MS 39232 |

| | | | |
|---|---|---|---|
| 4185026 | ^ MEBN | Sep 03 2026 00:34:40 | U. S. Department of Education, In care of U. S. Attorney, 900 Jefferson Avenue, Oxford MS 38655-3608 |

TOTAL: 14

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 04, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 2, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Locke D. Barkley | Ecf_lbarkley13@barkley13.com trusteeMSNB73@ecf.epiqsystems.com |
| Thomas C. Rollins, Jr. | on behalf of Debtor Lezell Mc Kinnley Jeffery trollins@therollinsfirm.com jennifer@therollinsfirm.com;notices@therollinsfirm.com;trollins@ecf.inforuptcy.com;calvillojr81745@notify.bestcase.com;TRollins@jubileebk.net;trollins.therollinsfirm.com@recap.email |
| U. S. Trustee | USTPRegion05.AB.ECF@usdoj.gov |

TOTAL: 3